IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER WALTERS,<br><br>                Plaintiff,<br>v.<br><br>CAMBRIA BIKE.COM, INC.,<br><br>                Defendant. | Civil Action No. 6:23-cv-01209 |

## STIPULATION FOR DISMISSAL

Plaintiff, CHRISTOPHER WALTERS, and Defendant, CAMBRIA BIKE.COM, INC., by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: April 11, 2024

| | |
|---|---|
| NYE STIRLING, HALE,<br>MILLER, AND SWEET, LLP<br><br>By:  /s/ Benjamin J. Sweet<br>Benjamin J. Sweet, Esq.<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, Pennsylvania 15243<br>Telephone: (412) 857-5350<br><br>*Attorneys for Plaintiff* | LAW OFFICES OF NOLAN<br>KLEIN, P.A.<br><br>By:  /s/ Nolan Klein<br>Nolan Klein, Esq.<br>5550 Glades Road, Suite 500<br>Boca Raton, FL 33431<br>Telephone: (954) 745-0588<br><br>*Attorneys for Defendant* |

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: __April 12, 2024__

## **CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 11th day of April, 2024.

                                                    */s/ Benjamin J. Sweet*
                                                      Benjamin J. Sweet